IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC, | § § | Case No. 2:17-cv-00042-RWS-RSP (Lead) |
| v. | § § | |
| SAMSUNG ELECTRONICS AMERICA, INC. | § § § | |

## ORDER

Magistrate Judge Payne issued a report recommending that the motion to dismiss for failure to state a claim filed by Samsung Electronics America, Inc. ("Samsung") (Docket No. 26 in Case No. 2:17-cv-00045) be denied. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). Having considered the Report and Recommendation *de novo*, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). The Magistrate Judge appropriately recommended denying Samsung's Motion to Dismiss for failure to state a claim, as the amended complaint satisfies the pleading standard. Docket No. 60 at 1.

Accordingly,

It is **ORDERED**:

(1) The Magistrate Judge's Report and Recommendation, Docket No. 60, is **ADOPTED**.

(2) Samsung's Motion to Dismiss, Docket No. 26 in Case No. 2:17-cv-00045, is **DENIED**.

**SIGNED this 11th day of October, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE