**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC, § § *Plaintiff*, § § v. § § HUAWEI TECHNOLOGIES USA INC., § § *Defendant*. § | Case No. 2:17-cv-00042-RWS-RSP (Lead) |

## ORDER

On September 8, 2017, the Court issued an Order granting Samsung's motion to strike Traxcell's infringement contentions. Dkt. No. 57. The Court explained that the local rules require, among other things, an identification of *each* accused product alleged to fall within the scope of the claims, and *for each claim*, a chart identifying where *each element* of *each asserted claim* is found within the accused product. *See* P.R. 3-1(b)-(c). In addition, for each claim element governed by § 112 ¶ 6, the plaintiff must identify the "structure(s), act(s), or material(s)" in the accused product that performs the claimed function. *Id.* It is not sufficient to merely chart independent claims, or only some of the accused products, and attach a list of hundreds of other products without an explanation of how those products infringe. Regardless how detailed Traxcell's infringement contentions may be in some respects, or regardless of how many pages those contentions occupy, infringement contentions must strictly comply with the local patent rules, as the Court has already explained. *See* Dkt. No. 57.

Other defendants have now moved to compel Traxcell's compliance with the local rules, and Samsung has moved for an order compelling Traxcell to comply with the Court's previous

order. For the same reasons the Court granted Samsung's motion to strike Traxcell's infringement contentions, it is ORDERED:

(1) Huawei's motion to strike and compel Traxcell's infringement contentions, Dkt. No. 65, is granted.

(2) ALE's motion to strike and compel Traxcell's infringement contentions, Dkt. No. 68, is granted.

(3) Samsung's motion to enforce the Court's order, Dkt. No. 76, is granted.

(4) Nokia's motion to strike Traxcell's infringement contentions, Dkt. No. 99, is granted.

(5) Traxcell must serve supplemental infringement contentions that fully comply with the local patent rules within twenty days of this Order.

(6) If Traxcell continues to fail to comply with the local patent rules, the Court will consider any motion to dismiss.

**SIGNED this 14th day of November, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE