# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>Huawei Technologies USA Inc.,<br><br>        Defendant. | Civil Action No.: 2:17-cv-00042-RWS-RSP<br><br>(Consolidated Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| TRAXCELL TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>NOKIA SOLUTIONS AND NETWORKS OY and NOKIA SOLUTIONS AND NETWORKS US LLC,<br><br>        Defendants. | Civil Action No.: 2:17-cv-00044-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF NATHAN HAMSTRA IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Nathan Hamstra, declare and state as follows:

1. I am an attorney licensed to practice law in the State of Illinois. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Nokia Solutions and Networks OY and Nokia of America Corp. in the above-captioned cases. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto. I make this Declaration in Support of Defendants' Responsive Claim Construction Brief.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent number 8,977,284.

02091-00002/10531841.1

3. Attached as Exhibit 2 is a true and correct copy of the Office Action Response dated September 28, 2012 from the file history for U.S. Patent number 8, 977,284.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent number 6,845,246.

5. Attached as Exhibit 4 is a true and correct copy of the Office Action dated March 28, 2012 from the file history for U.S. Patent number 8,977,284.

6. Attached as Exhibit 5 is a true and correct copy of a website printed from Dictionary.com accessible via https://www.dictionary.com/browse/geography.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct. Executed this day, November 13, 2018, in Chicago, Illinois.

DATED: November 13, 2018

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Nathan Hamstra*
Nathan Hamstra

*Attorney for Defendants Nokia Solutions and Networks OY and Nokia of America Corp.*