UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXCELL TECHNOLOGIES, LLC., | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:17-cv-00042 |
| v. | ) | Lead Consolidated Case |
| | ) | |
| | ) | |
| HUAWEI TECHNOLOGIES USA INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order, Plaintiff Traxcell Technologies, LLC ("Traxcell") and Defendants Huawei Technologies USA, LLC ("Huawei") and Nokia Solutions and Networks Oy and Nokia Solutions And Networks US LLC ("Nokia") ("Defendants") (collectively, "Parties") hereby submit this Joint Claim Construction Chart. The exhibits to this pleading contain the disputed claim language for the patents-in-suit as follows:

- Exhibit A - U.S. Patent No. 8,977,284 ("'284 patent");
- Exhibit B - U.S. Patent No. 9,510,320 ("'320 patent"); and,
- Exhibit C - U.S. Patent No. 9,642,024 ("'024 patent").

These charts include the Parties' proposed constructions for disputed terms only. The Parties agree to proposed constructions for the following terms.

| Asserted Claims | Term | Agreed Construction |
|---|---|---|
| '284 patent – claim 1 (corrective action) '284 Patent – claim 12 (correcting) '320 Patent – claims 1 and 4 (corrective action) | corrective action / correcting | Plain and ordinary meaning should apply or no construction is necessary. |

| Asserted Claims | Term | Agreed Construction |
|---|---|---|
| '284 patent – claims 1 and 12 | radio tower | base station transceiver subsystem and associated antenna(s) |

Respectfully submitted,

**=Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

Hicks Thomas, LLP

John B. Thomas (Co-Counsel)
Texas Bar No. 19856150
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile:  (713) 547-9150
jthomas@hicks-thomas.com

**Attorneys for Traxcell Technologies, LLC**

 /s/ Marc Kaplan
Michael E. Jones
SBN 10929400
POTTER MINTON, PC
110 North College
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

David A. Nelson
Nathan Hamstra
Marc Kaplan
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)
davenelson@quinnemanuel.com
nathanhamstra@quinnemanuel.com
marckaplan@quinnemanuel.com

*Attorneys for Nokia of America Corporation (successor in interest to Nokia Solutions and Networks US LLC) and Nokia Solutions and Networks Oy*

 /s/ Amy E. LaValle
Amy E. LaValle – Lead Attorney
Texas Bar No. 24040529
amy.lavalle@wickphillips.com
Nick Nelson
Texas Bar No. 24074804
nick.nelson@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Tel:  214-692-6200
Fax: 214-692-6255

Ryan D. Jenlink
Texas Bar No. 24065491
ryan.jenlink@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
Granite Park Two
5700 Granite Parkway, Suite 330
Plano, Texas
Tel:  214-297-0250
Fax: 214-297-0284

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel:  903-934-8450
Fax: 903-934-9257

*Attorneys for Defendant
Huawei Technologies USA, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served today, November 28, 2018, with a copy of the foregoing via e-mail to counsel of record.

/s/ William P. Ramey, III

William P. Ramey, III
