UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC., ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:17-cv-00042 |
| v. ) | Lead Consolidated Case |
| ) | |
| ) | |
| HUAWEI TECHNOLOGIES USA INC., ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## AMENDED JOINT CLAIM CONSTRUCTION CHART

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order, Plaintiff Traxcell Technologies, LLC ("Traxcell") and Defendants Huawei Technologies USA, LLC ("Huawei") and Nokia Solutions and Networks Oy and Nokia of America Corp. ("Nokia") ("Defendants") (collectively, "Parties") hereby submit this Amended Joint Claim Construction Chart. The parties submit this amended joint claim construction chart because in their efforts to narrow the disputed issues for the Court, they have agreed to a proposed construction for two additional claim terms since filing the original joint claim construction chart. The two additional agreed terms are the "means for receiving . . ." terms set forth in the chart below. Other than removing these now undisputed claim terms, this joint claim construction statement is unchanged from the one filed on November 28, 2018.

The exhibits to this pleading contain the disputed claim language for the patents-in-suit as follows:

- Exhibit A - U.S. Patent No. 8,977,284 ("'284 patent");
- Exhibit B - U.S. Patent No. 9,510,320 ("'320 patent"); and,
- Exhibit C - U.S. Patent No. 9,642,024 ("'024 patent").

These charts include the Parties' proposed constructions for disputed terms only. The Parties agree to proposed constructions for the following terms.

| Asserted Claims | Term | Agreed Construction |
|---|---|---|
| '284 patent – claim 1 (corrective action)<br>'284 Patent – claim 12 (correcting)<br>'320 Patent – claims 1 and 4 (corrective action) | corrective action / correcting | Plain and ordinary meaning should apply or no construction is necessary. |
| '284 patent – claims 1 and 12 | radio tower | base station transceiver subsystem and associated antenna(s) |
| '284 patent – claims 1 and 12 | means for receiving said performance data and suggest corrective actions obtained from a list of possible causes for said radio tower based upon the performance data and the corresponding location associated with said at least one wireless device<br><br>'284 Patent – claim 1<br><br>means for receiving said performance data and corresponding locations from said radio tower and correcting radio frequency signals of said radio tower in order to improve communication with said wireless devices<br><br>'284 Patent – claim 1 | Structure: The algorithm disclosed in Fig. 38-A, Fig. 38-B, and Fig. 38-C and described at col. 54, line 21 through col. 55, line 41.<br><br>Function: "receiving said performance data and suggest corrective actions obtained from a list of possible causes for said radio tower based upon the performance data and the corresponding location associated with said at least one wireless device" (claim 1) / "receiving said performance data and corresponding locations from said radio tower and correcting radio frequency signals of said radio tower in order to improve communication with said wireless devices" (claim 12) |

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ <u>William P. Ramey, III</u>
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

Hicks Thomas, LLP

John B. Thomas (Co-Counsel)
Texas Bar No. 19856150
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150
<u>jthomas@hicks-thomas.com</u>

**Attorneys for Traxcell Technologies, LLC**

*/s/ Marc Kaplan*
Michael E. Jones
SBN 10929400
POTTER MINTON, PC
110 North College
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

David A. Nelson
Nathan Hamstra
Marc Kaplan
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)
davenelson@quinnemanuel.com
nathanhamstra@quinnemanuel.com
marckaplan@quinnemanuel.com

*Attorneys for Nokia of America Corporation (successor in interest to Nokia Solutions and Networks US LLC) and Nokia Solutions and Networks Oy*

 */s/ Amy E. LaValle*
Amy E. LaValle – Lead Attorney
Texas Bar No. 24040529
amy.lavalle@wickphillips.com
Nick Nelson
Texas Bar No. 24074804
nick.nelson@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Tel: 214-692-6200
Fax: 214-692-6255

Ryan D. Jenlink
Texas Bar No. 24065491
ryan.jenlink@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
Granite Park Two
5700 Granite Parkway, Suite 330
Plano, Texas
Tel: 214-297-0250
Fax: 214-297-0284

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257

*Attorneys for Defendant Huawei Technologies USA, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served today, December 6, 2018, with a copy of the foregoing via e-mail to counsel of record.

/s/ Marc Kaplan

Marc Kaplan